United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ALDO GUEVARA,** *et al.*, § § § | |
| Plaintiffs, § | |
| VS. § | **CIVIL ACTION NO. 5:17-CV-115** |
| § § | |
| **STATE FARM LLOYDS,** *et al.*, § § § | |
| Defendants. § | |

## DIRECTIVE TO CLERK OF COURT

The parties have submitted a self-effectuating joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 8.) Furthermore, the Court notes that the parties have agreed, pursuant to Rule 41(a)(1)(B), that dismissal of this case should be with prejudice. As such, the Clerk of Court is DIRECTED to TERMINATE the above-captioned case.

SIGNED this 12th day of September, 2017.

_____
Diana Saldaña
United States District Judge